JOHN KLEIN, as Trustee in Bankruptcy of SAMUEL GALLIN,
  Appellant, *v.* SAMUEL GALLIN et al., Defendants, and LOUIS
  GROSSMAN et al., Respondents.

  Reported below, 136 App. Div. 382.
  (Submitted May 16, 1910; decided May 20, 1910.)

MOTION for leave to withdraw appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 21, 1910, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and granting a new trial in an action to set aside a conveyance of real property.

The motion was made upon the ground that the order of reversal was upon the facts and, therefore, not reviewable by the Court of Appeals.

*Jacob W. Kahn* for motion.

*Isaac Miller* opposed.

Motion granted and appellant given leave to withdraw appeal, without costs, any time within thirty days.